

May 28, 2024

<u>Via ECF</u>

The Honorable Gary R. Brown, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Hicksville Water District v. Alsy Manufacturing, Inc., et al., 23-cv-06336
               Plaintiff's Request to Re-Open the Case

Dear Judge Brown:

We represent plaintiff Hicksville Water District, in the above-referenced action.

Plaintiff respectfully requests that the Court to re-open the case as it appears it had been closed by mistake. On May 21, 2024, Your Honor granted defendant Air Technique's motion and So-Ordered its proposal dismissal order. Also, on May 21, 2014, your Honor ordered the dismissal of defendants and third-party plaintiffs Osram Sylvania Products, Inc., GTE Corporation and GTE Operations Support Incorporated (GTE Sylvania Defendants) and directed the Clerk of the Court to close the case. A copy of the Order [Doc 71] was filed on ECF on May 22, 2024 and the case was marked closed as of the same date.

Although plaintiff resolved, via settlements the present action with Air Techniques and GTE Sylvania Defendants, the rest of the defendants still remain in the case and the case was closed in error. The remaining defendants include Alsy Manufacturing, Inc., LBA Properties, GSM 270-280 LLC, ICA 270-280, SAF 270-280 LLC, FED 270-280 LLC, Vishay GSI, Inc., GSM 290 LLC, ICA 290 LLC, SAF 290 LLC, FED 290 LLC, Oerlikon Metco (US) Inc, 325 Duffy Owner LLC and Cerro Wire LLC, and the third-party defendant US Government.

Plaintiff respectfully requests that that Court directs the Clerk of the Court to re-open the case.

                                                Respectfully submitted,

                                                Robert Gitelman, Esq.
                                                NAPOLI SHKOLNIK PLLC
                                                *Attorneys for Plaintiff*

Cc:    All Counsel of Record <u>via</u> ECF