**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HICKSVILLE WATER DISTRICT;<br><br>Plaintiff,<br><br>-against-<br><br>ALSY MANUFACTURING, INC., currently doing business as EMESS MANUFACTURING, INC.; LBA PROPERTIES, INC.; GSM 270-280 LLC; ICA 270-280; SAF 270-280 LLC; FED 270-280 LLC; OSRAM SYLVANIA PRODUCTS, INC., currently doing business as OSRAM SYLVANIA, INC.; GTE CORPORATION; GTE OPERATIONS SUPPORT INCORPORATED; AIR TECHNIQUES, INC.; VISHAY GSI, INC.; GSM 290 LLC; ICA 290 LLC; SAF 290 LLC; FED 290 LLC; OERLIKON METCO (US) INC.; 325 DUFFY OWNER LLC.; and CERRO WIRE LLC<br><br>Defendants. | Case No. 2:23-cv-06336-GRB-RML<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT, VISHAY GSI, INC.**<br><br> |

### ORDER DISMISSING DEFENDANT, VISHAY GSI, INC.

This matter having come before the Court on Motion for the Dismissal of Defendant, Vishay GSI, Inc. following a Settlement Agreement executed by Plaintiff, Hicksville Water District ("Plaintiff") and Defendant, Vishay GSI, Inc. ("VGSI"), and any response thereto, it is hereby ordered as follows:

1. All claims asserted by Plaintiff, and any crossclaims asserted, to be asserted, or deemed asserted against VGSI by persons who are Defendants or Third-Party Defendants in this action, in connection with the claims asserted by Plaintiff for the alleged contamination of Plaintiff's water supply wells, are hereby dismissed with prejudice.

2. VGSI shall have no right of contribution from other Defendants for any payments

made to Plaintiff as part of the settlement.

3. VGSI is dismissed from this lawsuit.

**STIPULATED AND AGREED BY:**

_____
Robert Gitelman, Esq.
Napoli Shkolnik
400 Broadhollow Road, Suite 305
Melville, NY 11747
(212) 397-1000
rgitelman@napolilaw.com
Attorneys for Plaintiff, HWD

_____
Todd M. Hooker, Esq.
Askin & Hooker, LLC
200 Woodport Road, Suite A
Sparta, NJ 07871
(973) 729-7711
Todd@askinlaw.com
Attorneys for Defendant, VGSI

_____
Kelly M. Stoll, Esq.
Askin & Hooker, LLC
200 Woodport Road, Suite A
Sparta, NJ 07871
(973) 729-7711
Kelly@askinlaw.com
Attorneys for Defendant, VGSI

_____
Nicole D. Verrilli, Esq.
Askin & Hooker, LLC
200 Woodport Road, Suite A
Sparta, NJ 07871
(973) 729-7711
Nicole@askinlaw.com
Attorneys for Defendant, VGSI

SO ORDERED

/s/Gary R. Brown

_____
GARY R. BROWN
United States District Judge

Dated: 7/24/2024