UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HICKSVILLE WATER DISTRICT,

*Plaintiff,*

-against-

ALSY MANUFACTURING, INC., currently doing business as EMESS MANUFACTURING, INC.; LBA PROPERTIES, INC.; GSM 270-280 LLC; ICA 270-280; SAF 270-280 LLC; FED 270-280 LLC; OSRAM SYLVANIA PRODUCTS, INC., currently doing business as OSRAM SYLVANIA, INC.; GTE CORPORATION; GTE OPERATIONS SUPPORT INCORPORATED; AIR TECHNIQUES, INC.; VISHAY GSI, INC.; GSM 290 LLC; ICA 290 LLC; SAF 290 LLC; FED 290 LLC; OERLIKON METCO (US) INC.; 325 DUFFY OWNER LLC; and CERRO WIRE LLC,

*Defendants.*

Civ. No. 2:23-cv-06336-GRB-RML

**FILED
CLERK**

4:42 pm, Jul 31, 2024

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

## ORDER DISMISSING DEFENDANTS ICA 270-280 LLC, FED 270-280 LLC, GSM 270-280 LLC, SAF 270-280 LLC, ICA 290 LLC, FED 290 LLC, GSM 290 LLC, SAF 290 LLC, AND 325 DUFFY OWNER LLC

This matter having come before the Court on the Motion for the Dismissal of the Defendants ICA 270-280 LLC, FED 270-280 LLC, GSM 270-280 LLC, SAF 270-280 LLC, ICA 290 LLC, FED 290 LLC, GSM 290 LLC, SAF 290 LLC, and 325 Duffy Owner LLC (collectively, the "Duffy Avenue Defendants"), following a Settlement Agreement executed by Plaintiff Hicksville Water District ("Plaintiff") and Duffy Avenue Defendants, and any response thereto, it is hereby ordered as follows:

1. All claims asserted by Plaintiff, and any crossclaims asserted, to be asserted, or deemed asserted against Duffy Avenue Defendants by persons who are defendants or third-party

defendants in this action, in connection with the claims asserted by Plaintiff for the alleged contamination of Plaintiff's water supply wells, are hereby dismissed with prejudice.

2. Duffy Avenue Defendants shall have no right of contribution from other defendants for any payments made to Plaintiff as part of the settlement.

3. Duffy Avenue Defendants are dismissed from this lawsuit.

**STIPULATED AND AGREED BY:**

_____
Robert Gitelman, Esq.
NAPOLI SHKOLNIK
*Attorneys for Plaintiff*
400 Broadhollow Road, Suite 305
Melville, NY 11747
(212) 397-1000
rgitelman@napolilaw.com

_____
Mark A. Chertok, Esq.
SIVE, PAGET & RIESEL, P.C.
*Attorneys for Duffy Avenue Defendants*
560 Lexington Avenue, 15th Floor
New York, New York 10022
646-378-7228
mchertok@sprlaw.com

**SO ORDERED:**

/s/Gary R. Brown

_____
HON. GARY R. BROWN
United States District Judge

Dated: 07/31/2024

2