

Ryan Sweeney<br>
Partner<br>
Direct Dial: 212 364 2319<br>
E-mail: rsweeney@mgmlaw.com<br>
Admitted In: NY

January 16, 2025

**Via ECF**

The Honorable Robert M. Levy, U.S.M.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Hicksville Water District v. Alsy Manufacturing, Inc., et al.*, 23-cv-06336-GRB-RML
<u>Status Report, Stipulation to Amend Complaint</u>

Dear Magistrate Judge Levy:

    Defendant, Cerro Wire, LLC ("Cerro Wire") and plaintiff, Hicksville Water District ("HWD") hereby submit this joint letter per the Court's Order following a telephonic conference with the Court on December 16, 2024.

    During that conference, HWD and Cerro Wire raised with the Court the possibility that Cerro Wire is not a proper defendant in this case due to the fact that it never owned or operated the facility located at Robbins Lane in Syosset, New York (the "Site"). The Court directed the parties to meet and confer and inform the Court concerning how they plan to proceed by January 24, 2025. The parties have exchanged documents and met and conferred concerning Cerro Wire's involvement in this case, and jointly submit this letter and status report.

    Following a review of the information provided by Cerro Wire's undersigned counsel, the parties agree that Cerro Wire, LLC is not the appropriate defendant in this matter and should be dismissed from this case without prejudice; and, that HWD should be permitted to amend their complaint, including naming RSCC Wire & Cable, LLC and, potentially other current and former property owners as defendants.

Respectfully Submitted,


Ryan Sweeney                                                      Robert Gitelman

mgmlaw.com

Boston | Chicago | Dallas | Hattiesburg | Irvine | Jackson | Los Angeles | Madison County/St. Louis | Miami
New Jersey | New Orleans | New York | Providence | San Francisco | Walnut Creek | Wilmington



Honorable Robert M. Levy, U.S.M.J.
January 16, 2025
Page 2

Manning, Gross + Massenburg, LLP  
200 Vesey Street, 25th Floor  
New York, NY 10281

Napoli Shkolnik PLLC  
400 Broadhollow Road, Suite 305  
Melville, NY 11747